# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

159426 & (24)(25)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

DWAYNE DARNELL BALLINGER, JR.,
Defendant-Appellant.

_____/

SC: 159426
COA: 345795
Wayne CC: 06-008244-FC

On order of the Court, the application for leave to appeal the February 21, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the Wayne Circuit Court's May 8, 2018 opinion and order denying the defendant's motion for relief from judgment, and we REMAND this case to that court for reconsideration of the motion. The circuit court failed to apply the correct legal standard to the defendant's claim that the prosecution suppressed material and exculpatory evidence in violation of *Brady v Maryland*, 373 US 83 (1963). See *People v Chenault*, 495 Mich 142, 150 (2014). The circuit court also failed to address the defendant's claim that he is entitled to a new trial on grounds of newly discovered evidence. See *People v Johnson*, 502 Mich 541, 565 (2018). The motion for appointment of counsel is DENIED, without prejudice to the defendant renewing his request in the circuit court. See MCR 6.505(A). The motion to remand is DENIED as moot.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



Clerk

t0911